Laureano Postigo Acosta, demandante y apelante, *v.* Josefa Amelia Pérez Morfi, demandada y apelada.

No. 3993.—*Visto:* Diciembre 22, 1926. *Resuelto:* Enero 14, 1927.

Divorcio—Jurisdicción, Procedimientos y Remedios—Apelación—Cuestiones de Hecho y Conclusiones—Conclusiones Sobre las Pruebas.—En acción de divorcio fundado en trato cruel el Tribunal Supremo, por regla general, no se desviará de las conclusiones de la corte inferior aún cuando la evidencia tienda a demostrar que la esposa demandada en ocasiones insultaba a su marido.

Sentencia de *R. H. Todd, Jr.,* J. (Ponce), declarando sin lugar la demanda y contrademanda, con costas al demandante. *Confirmada.*

*R. Arjona Siaca,* abogado del demandante; *Miguel Bahamonde,* abogado de la demandada.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

La Corte de Distrito de Ponce declaró sin lugar una demanda de divorcio, así como también la contrademanda. En su opinión la corte analizó las declaraciones y resolvió que en un procedimiento de divorcio la prueba debe ser convincente y citó varias decisiones de esta corte; que el demandante no había probado el trato cruel en que basaba su demanda; que los insultos recibidos no equivalían a crueldad y que el marido no había realizado esfuerzo alguno para armonizar la vida conyugal. Es evidente que la Corte inferior se inclinó a creer que la esposa insultó al marido en ciertas ocasiones, pero no creyó que los insultos equivalían a trato cruel.

Hemos examinado la prueba e igualmente creemos probable que la demandada ocasionalmente insultó al deman-

dante; pero no vemos razón para desviarnos de las conclu-
siones a que llegó la Corte de Distrito.

*La sentencia debe ser confirmada.*

El Juez Asociado Señor Hutchison no intervino.